JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Acting Secretary of Labor Edward C Hugler ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Broadway Diner, Inc., a Corporation ;
**County of Residence:** Boone County

Additional Defendants(s):
David Johnson, an Individual ;

**County Where Claim For Relief Arose:** Boone County

**Plaintiff's Attorney(s):**
Attorney Justin Hart Whitten (Edward Hugler)
United States Department of Labor, Office of the Solicitor
2300 Main St, Suite 1020
Kansas City, Missouri 64108
**Phone:** 816-285-7283
**Fax:** 816-285-7287
**Email:** whitten.justin.h@dol.gov

**Defendant's Attorney(s):**
Attorney Skip Walther ( Broadway Diner, Inc., a Corporation)
Walther, Antel, and Stamper
700 Cherry St. 2nd Floor
Columbia, Missouri 65201
**Phone:** 573-442-2454
**Fax:** 573-874-3332
**Email:** skip@wasf-law.com

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** N/A
   **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** Seeking recovery of unpaid minimum wages and overtime and an equal amount in liquidated damages, pursuant to Section 16(c) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201 et seq.). Also seeking an injunction under Section 17 of the FLSA enjoining Defendants from violating the minimum wage and overtime requirements of the FLSA.

**Requested in Complaint**

   **Class Action:** Not filed as a Class Action

   **Monetary Demand (in Thousands):** $54,453.56

   **Jury Demand:** No

   **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Justin Whitten

**Date:** 03/21/2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.